**Ole K. NILSSEN, Plaintiff,**

and

**Geo Foundation, Ltd., Plaintiff–Appellant,**

v.

**WAL–MART STORES, INC., Defendant–Appellee,**

and

**Costco Wholesale Corp., Defendant–Appellee,**

and

**Menard, Inc., Ace Hardware Corp., Truserv Corporation, and Home Depot, Inc., Defendants,**

and

**Lowe's Home Centers, Inc., Defendant–Appellee,**

and

**Ikea Illinois, LLC, Defendant–Appellee.**

No. 2010–1139.

United States Court of Appeals, Federal Circuit.

Sept. 30, 2010.

## ON MOTION

## ORDER

Upon consideration of the motion to withdraw Aesha R. Pallesen as counsel for Lowe's Home Centers, Inc.,

It Is Ordered That:

The motion is granted.